AO 245D (Rev. 12/07) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __TENNESSEE__

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| **V.** | (For **Revocation** of Probation or Supervised Release) |

KENNETH WILLIAM RAGSDALE

Case Number: 3:09-00111
USM Number: 19096-075

Michael C. Holley
Defendant's Attorney

**THE DEFENDANT:**

X admitted guilt to violation of condition(s) __One (1), Three (3) and Four (4)__ of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Defendant shall not commit another federal, state, or local crime | 5/29/14 |
| 2 | Defendant shall not possess any prescription medications other than those prescribed to him. Defendant shall not sell any prescription medications | 11/11/13 |
| 3 | Defendant shall participate in a program of drug testing and substance abuse treatment which may include a 90-day inpatient treatment program followed by up to 90 days in a community correction center at the direction of the Probation Officer. The Defendant shall pay all or part of the cost for substance abuse treatment if the United States Probation Office determines the Defendant has the financial ability to do so or has appropriate insurance coverage to pay for such treatment | 11/18/13 |
| 4 | Defendant shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substance, except as prescribed by a physician | 9/9/14 |

The defendant is sentenced as provided in pages 1 and 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

X The defendant has not violated condition(s) __2__ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No. __3745__

September 17, 2014
Date of Imposition of Judgment

Defendant's Year of Birth: __1970__

*Todd Campbell*
Signature of Judge

City and State of Defendant's Residence:

Todd J. Campbell, United States District Judge
Name and Title of Judge

September 17, 2014
Date

DEFENDANT:  
CASE NUMBER:

## IMPRISONMENT

The Defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: __one hundred twenty (120) days__

No period of Supervised Release is imposed.

☐ The Court makes the following recommendations to the Bureau of Prisons:

☐ The Defendant is remanded to the custody of the United States Marshal.

☐ The Defendant shall surrender to the United States Marshal for this District:

  ☐ at _____ p.m. on _____

  ☐ as notified by the United States Marshal.

☒ The Defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons.

  ☒ before 2 p.m. on __October 7, 2014__

  ☐ as notified by the United States Marshal.

  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this Judgment as follows:

_____
_____
_____

Defendant delivered on _____ to _____

a _____ with a certified copy of this Judgment.

_____  
United States Marshal

By: _____  
Deputy United States Marshal